IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TYRONE L. HAYES                                                              PLAINTIFF
ADC #142333

v.                              No. 4:13-cv-363-DPM-HDY

MELISSA REEVES, Nurse, Garland
County Jail and GARLAND COUNTY
DETENTION CENTER                                                            DEFENDANTS

ORDER

The interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue lies in the Western District, because all the Defendants are there and all the events complained of allegedly occurred there. 28 U.S.C. § 1406(a).

The Court directs the Clerk to transfer Hayes's entire case file to the Western District of Arkansas. The transfer should be immediate; there is no need to wait a reasonable time. *In re Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982). The receiving Court is also in the Eighth Circuit; and, if he wants to do so, Hayes can challenge the transfer by taking his appeal from that Court as easily and completely as he could appeal from this Court.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 June 2013